AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) Case No. 5:25-cr-329 |
| JILANI TASNEM AHAD | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 07/24/2025

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Stacey Richman
*Printed name of defendant's attorney*

_____ 7/24/25
*Judge's signature*

Donald C. Nugent, U.S. District Court Judge
*Judge's printed name and title*