UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Minutes of Proceedings before | DATE: July 24, 2025 |
| **DONALD C. NUGENT** | |
| United States District Judge | CASE NO.  5:25 CR 329 |
| | COURT REPORTER: Donnalee Cotone |
| | ARRAIGNMENT & PLEA |

UNITED STATES OF AMERICA

    -VS-

JILANI TASNEM AHAD

APPEARANCES:    Plaintiff: Edward Brydle
                         Defendant: Stacey Richman
                         Pretrial/Probation: Ryan Franklin

PROCEEDINGS:  The defendant is arraigned on Count One of the Information.  The defendant entered a plea of guilty to Count One of the Information.  Plea agreement executed. Plea agreement read in open Court. The Defendant is referred to the United States Pretrial and Probation Department for the preparation of a Presentence Report. Defendant released on $20,000.00, unsecured bond, with standard/special conditions as directed. Sentencing in this matter is scheduled for November 5, 2025 at 11:00 a.m.

                                                          s/ Corey E. McCardle
                                                          Courtroom Deputy

Length of Proceedings: 30 minutes